# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KATHY KELLUM                                                                    PLAINTIFF

V.                          NO. 2:10CV00115 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 13th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE